United States District Court
Middle District of Florida
Jacksonville Division

**SANDLER AT BARTRAM LAKES, L.L.C.,**

*Plaintiff,*

v.  NO. 3:17-cv-809-J-34PDB

**COMCAST OF FLORIDA/GEORGIA/ ILLINOIS/MICHIGAN, LLC,**

*Defendant.*

---

**COMCAST OF FLORIDA/GEORGIA/ ILLINOIS/MICHIGAN, LLC,**

*Plaintiff,*

v.  NO. 3:18-cv-799-J-34MCR

**BARTRAM SPRINGS COMMUNITY DEVELOPMENT DISTRICT ETC.,**

*Defendants.*

---

# Order

Earlier today, the Court heard arguments on Sandler at Bartram Lakes, L.L.C.'s, motion to compel discovery and extend case management deadlines, Doc. 67. The Court **granted** the motion to the extent Sandler sought to extend deadlines and will separately enter a second amended case management and scheduling order. For the reasons stated on the record, the Court **denied** the motion to the extent Sandler sought to compel billing records from Comcast, without prejudice to filing a motion to compel or requesting a discovery telephone conference after further discovery on alleged revenue underpayment and after a conference required by Local Rule 3.01(g).

The parties may contact Angela Loeschen at (904) 549-1950 to schedule a discovery telephone conference.

**Ordered** in Jacksonville, Florida, on January 22, 2019.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Counsel of Record